| | |
|---|---|
| 1 | DALE L. ALLEN, JR., # 145279 |
| | LINDA MEYER, # 118190 |
| 2 | DIRK D. LARSEN, # 246028 |
| | LOW, BALL & LYNCH |
| 3 | 505 Montgomery Street, 7th Floor |
| | San Francisco, California  94111-2584 |
| 4 | Telephone  (415) 981-6630 |
| | Facsimile   (415) 982-1634 |
| 5 | |
| 6 | Attorneys for Defendants |
| | BAY AREA RAPID TRANSIT DISTRICT; |
| | GARY GEE in his official capacity as CHIEF OF POLICE |
| 7 | for BAY AREA RAPID TRANSIT DISTRICT (BART); |
| | DOROTHY DUGGER, in her official capacity |
| 8 | as GENERAL MANAGER for BART; JON WOFFINDEN |
| | individually and in his official capacity as a police officer |
| 9 | for BART; and EMERY KNUDTSON individually and |
| | in his official capacity as a police officer for BART |
| 10 | |
| | Email: dallen@lowball.com |
| 11 | Email: lmeyer@lowball.com |
| | Email: dlarsen@lowball.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | JACK BRYSON, JR., NIGEL BRYSON, ) | CASE NO.: C09-04835 MHP |
| | MICHAEL GREER, CARLOS REYES AND ) | |
| 17 | FERNANDO ANICETE, JR., ) | [PROPOSED] ORDER |
| | ) | INSTRUCTING PLAINTIFF |
| 18 | Plaintiff, ) | MICHAEL GREER TO APPEAR |
| | ) | AT NEXT-NOTICED |
| 19 | vs. ) | DEPOSITION |
| | ) | |
| 20 | BAY AREA RAPID TRANSIT DISTRICT; GARY ) | |
| | GEE, in his official capacity as CHIEF OF POLICE ) | |
| 21 | for BAY AREA RAPID TRANSIT DISTRICT ) | |
| | (BART); DOROTHY DUGGER, in her official ) | |
| 22 | capacity as GENERAL MANAGER for BART; ) | |
| | JOHANNES MEHSERLE individually and in his ) | |
| 23 | official capacity as a police officer for BART; ) | |
| | ANTHONY PIRONE, individually and in his official) | |
| 24 | capacity as a police officer for BART; MARYSOL ) | |
| | DOMENICI, individually and in her official capacity ) | |
| 25 | as a police officer for BART; JON WOFFINDEN ) | |
| | individually and in his official capacity as a police ) | |
| 26 | officer for BART; EMERY KNUDTSON ) | |
| | individually and in his official capacity as a police ) | |
| 27 | officer for BART; and DOES 1-50, inclusive, ) | |
| | ) | |
| 28 | Defendants. ) | |

-1-

1  TO ALL PARTIES AND COUNSEL OF RECORD:

2  On March 15, 2010, all counsel being present and appeared before the Honorable Judge Marilyn
3  Hall Patel to update the status of the case;

4  The court being so informed that four depositions had been set, coordinating all counsels'
5  calendars, for plaintiff Michael Greer, and all four were vacated and continued the day before based on
6  Mr. Greer's illnesses or, as in the last scheduled deposition of March 12, 2010, for a death in the family,
7  the court issues the following order;

8  It is hereby ordered that after all counsel meet and confer to agree upon a date for the appearance
9  of plaintiff Michael Greer at his deposition, should Mr. Greer fail to appear at his deposition, and the
10 court being so advised, his failure to appear may result in a dismissal of his complaint in the matter of
11 Case No. C09-04835.

12  3/18/2010

13  Honorable Marilyn H. Patel



IT IS SO ORDERED
Judge Marilyn H. Patel