**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant(s).<br>_____/ | Case No. C09-00901 MHP (JCS)<br><br>**ORDER EXCUSING ATTENDANCE OF INDIVIDUAL DEFENDANTS AT THE SETTLEMENT CONFERENCE** |
| AND ALL RELATED CASES | |
| JACK BRYSON, JR.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant(s).<br>_____/ | Related Case No. C09-4835 MHP (JCS) |
| JOHNTUE CALDWELL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant(s).<br>_____/ | Related Case No. C10-0005 MHP (JCS) |

IT IS HEREBY ORDERED that the personal attendance of the individual Defendants is excused. These Defendants are ordered to be on phone standby for the duration of the settlement conference on December 1, 2010, at 9:30 a.m., and December 2, 2010, at 9:30 a.m. All entity Defendants must attend in person. All counsel must be present.

IT IS SO ORDERED.

Dated: November 24, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge

2