Shimea C. Anderson SBN No.:234717
LAW OFFICE OF SHIMEA C. ANDERSON
385 Grand Avenue, Suite 201
Oakland, CA 94610
Phone(510) 208-2800
Fax:(510) 280-0830
Email: Shimealaw@gmail.com

Attorney for Plaintiff
JOHNTUE CALDWELL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNTUE CALDWELL,<br><br>Plaintiff<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CASES:<br><br>WANDA JOHNSON, ET AL.,<br>         Case No.: C09-00901 EMC<br>_____/<br><br>JACK BRYSON, JR., ET AL.,<br>         Case No.: C09-04835 EMC<br>_____/<br><br>OSCAR JULIUS GRANT, ET. AL.<br>         Case No.:09-4014 EMC | CASE NO.:  C10-00005<br><br>STIPULATION CONTINUING AUGUST 12, 2011 CASE MANAGEMENT AND PROPOSED ORDER<br><br><br><br>Date: August 12, 2011<br>Time: 9:00 a.m.<br>Judge: District Judge  Edward M. Chen |

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE         - 1 -
CASE NO.: C10-00005 MHP (JCS)

1  TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

2      The parties hereto, by and through their attorneys of record, agree that the Case Management

3  Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen

4  is continued for at least thirty days on a date and time set by the Court.

5      SO STIPULATED.

6  Dated: August 4, 2011      LAW OFFICE OF SHIMEA C. ANDERSON

8       By____/s/ Shimea C. Anderson
9       SHIMEA C. ANDERSON
     Attorneys for Plaintiff
     JOHNTUE CALDWELL

11  Dated: August 4, 2011      LOW, BALL & LYNCH

13       By__/s/ Dirk D. Larsen
14       DALE L. ALLEN, JR.
     LINDA MEYER
15       DIRK D. LARSEN
     Attorneys for Defendants
16       BAY AREA RAPID TRANSIT DISTRICT,
     GARY GEE in his official capacity as CHIEF OF
17       POLICE for BAY AREA RAPID TRANSIT
     DISTRICT and DOROTHY DUGGER in her official
     capacity as GENERAL MANAGER for BAY AREA
18       RAPID TRANSIT DISTRICT

20  Dated: August ____, 2011      RAINS, LUCIA & STERN

22       By_____(SEE ATTACHED)
     MICHAEL L. RAINS
23       Attorneys for Defendant
     JOHANNES MEHSERLE

25  Dated: August 4, 2011      BERRY WILKINSON LAW GROUP

27       By__/s/ Alison Berry Wilkinson
     ALISON BERRY WILKINSON
     Attorney for Defendant
28       MARYSOL DOMENICI

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE      - 2 -
CASE NO.: C10-00005 MHP (JCS)

1 | Dated: August 4, 2011    LAW OFFICES OF WILLIAM R. RAPOPORT

By  /s/ William R. Rapoport
WILLIAM R. RAPOPORT
Attorneys for Defendant
ANTHONY PIRONE

///
///
///
///
///

1 | TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

2 |     The parties hereto, by and through their attorneys of record, agree that the Case Management Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen is continued for at least thirty days on a date and time set by the Court.

5 |     SO STIPULATED.

6 | Dated: August ____, 2011      LAW OFFICE OF SHIMEA C. ANDERSON

8 | By_____
SHIMEA C. ANDERSON
Attorneys for Plaintiff
JOHNTUE CALDWELL

11 | Dated: August ____, 2011      LOW, BALL & LYNCH

13 | By_____
DALE L. ALLEN, JR.
LINDA MEYER
DIRK D. LARSEN
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT,
GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT and DOROTHY DUGGER in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT

19 | Dated: August ____, 2011      RAINS, LUCIA & STERN

21 | By /s/ Lara Cullinane-Smith_____
MICHAEL L. RAINS
LARA CULLINANE-SMITH
Attorneys for Defendant
JOHANNES MEHSERLE

25 | Dated: August ____, 2011      BERRY WILKINSON LAW GROUP

27 | By_____
ALISON BERRY WILKINSON
Attorney for Defendant
MARYSOL DOMENICI

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that:

The Case Management Conference scheduled for August 12, 2011 is continued to ___September 30___, 2011 at ___9:00___, in Courtroom 17.

Dated: ___August 10, 2011___           _____
                                       HON. EDWARD M. CHEN
                                       U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: C10-00005 MHP (JCS)