UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 09-cv-00901-EMC (JCS) & Consolidated Cases C09-4014 EMC (JCS); C09-4835 EMC  (JCS) and C10-0005 EMC (JCS)

**Case Name:**  Johnson v.  Bay Area Rapid Transit District & Consolidated Cases
Grant v. BART; Bryson et al. v. Gee et al.; Caldwell v. BART

**Date:** June 3, 2014                **Time:** 3 H

**Deputy Clerk:** Karen Hom            **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Waukeen McCoy for Oscar Grant, Jr., (C09-4014) , Jessica Barsotti for Zephoria Smith (C10-0005)
**Attorney for Defendant:** Dale Allen - Dft BART, Alison Wilkinson - Dft Domenici, William Rapoport - Dft Pirone

## PROCEEDINGS

( )    Settlement Conference        ( X )    Further Settlement Conference - Held

   ( ) Case Settled        (X) Case Did Not Settle        ( ) Partial Settlement

( )    Telephonic Scheduling Conference

( )    Discovery Conference – Lead Trial Counsel Meet and Confer

( )    Status Conference

( )    Other

**Notes:**  Parties may contact the Court if they want further settlement discussions.

**cc:**

*Telephonic Appearance